**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6024**

---

DWIGHT A. RUDISILL,

        Plaintiff - Appellant,

      v.

MERRICK GARLAND, Department of Justice, Attorney General, in his Official capacity; DAVID ALAN BROWN, SR., Assistant United States Attorney, in his Individual capacity; UNKNOWN UNITED STATES MARSHALS, United States Marshal, in their Individual capacities; LACY H. THORNBURG, Retired District Court Judge, in his Individual capacity; MAX O. COGBURN, JR., United States Magistrate Judge, in his Individual capacity; JERRY W. MILLER, Assistant United States Attorney, in his Individual capacity,

        Defendants - Appellees.

---

**No. 23-6133**

---

DWIGHT A. RUDISILL,

        Plaintiff - Appellant,

      v.

MERRICK GARLAND, Department of Justice, Attorney General, in his Official capacity; DAVID ALAN BROWN, SR., Assistant United States Attorney, in his Individual capacity; UNKNOWN UNITED STATES MARSHALS, United States Marshal, in their Individual capacities; LACY H. THORNBURG, Retired District Court Judge, in his Individual capacity; MAX O. COGBURN, JR., United States

Magistrate Judge, in his Individual capacity; JERRY W. MILLER, Assistant United States Attorney, in his Individual capacity,

Defendants - Appellees.

———————————

Appeals from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:22-cv-00227-MR)

———————————

Submitted:  July 25, 2023                                          Decided:  July 28, 2023

———————————

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Dwight Alexander Rudisill, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwight Alexander Rudisill appeals the district court's orders requiring that he pay the filing fee for his action and dismissing his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's fee order, and we affirm its dismissal order under 28 U.S.C. § 1915A(b)(1). *Rudisill v. Garland*, No. 1:22-cv-00227-MR (W.D.N.C. Dec. 9, 2022; Jan. 24, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*